# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00487-CV

**J. M. and A. G., Appellants**

**v.**

**Texas Department of Family and Protective Services, Appellee**

## FROM THE DISTRICT COURT OF HAYS COUNTY, 207TH JUDICIAL DISTRICT
## NO. 2011-1242, HONORABLE WILLIAM HENRY, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

The mandate in this cause issued by this Court on August 22, 2013, is hereby withdrawn.

It is ordered on August 30, 2013.


Before Justices Puryear, Pemberton and Rose